```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ANNA HUNTER o/b/o E.J., | : | CIVIL ACTION |
| | : | NO. 10-3036 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this **9th** day of **August, 2011,** it is hereby **ORDERED** that Plaintiff's request for review (doc. no. 12) is **DENIED**. The final decision of the Commissioner of Social Security is **AFFIRMED** and **JUDGMENT** is entered in favor of Defendant and against Plaintiff;

It is hereby further **ORDERED** that this case shall be marked **CLOSED**.

**AND IT IS SO ORDERED.**

                                   S/Eduardo C. Robreno
                                   **EDUARDO C. ROBRENO, J.**